**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES C. LEVER**
**ADC# 99939**                                                                                                                 **PETITIONER**

**VS.**                                        **5:16CV00155 BRW/BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction, et al.**                                                          **RESPONDENT**

**ORDER**

The Court has received and reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After a careful review of Mr. Lever's objections and a *de novo* review of the record, the Court approves and adopts the Recommendation as its findings in all respects.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability.[1] A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right.[2] In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 22nd day of June, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Rule 11 of the Rules Governing Section 2254 Cases.

[2] 28 U.S.C. § 2253(c)(1)-(2).